**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

DANNY L. ABBOTT, *et al.*,

               Plaintiffs,

               v.

THE UNITED STATES,

               Defendant.

No. 15-211

Filed: January 28, 2026

## ORDER

Consistent with the Court's order granting the Government's Motion to Correct the Judgment, the Court issues this order amending the now-vacated judgment issued on January 9, 2026 (ECF No. 237).

On December 23, 2025, Plaintiffs filed a Notice of Partial Acceptance of the United States' Offer of Judgment in accordance with Rule 68(a) of the Rules of the United States Court of Federal Claims ("RCFC"). ECF No. 233. As stated by the Government, "[e]ach accepted offer of judgment concludes all claims for just compensation, including interest, and encompasses any and all claims for damages and just compensation which were alleged or could have been alleged by the respective plaintiffs in this action." Offer of J. at 2, ECF No. 233-1.

As discussed at the status conference held on January 8, 2026, the Court will not enter judgment at this time in favor of accepting plaintiffs who have a pending or forthcoming motion for substitution. Additionally, the Court will not enter judgment at this time for certain accepting plaintiffs who were identified in the chart accompanying the Government's Offer of Judgment in a manner that is substantively inconsistent with the Fourth Amended Complaint—*i.e.*, the description omits a plaintiff's name, adds a name not identified in the operative complaint, or

identifies the plaintiff as a trust where the named plaintiff is an individual(s). Lastly, as discussed at the status conference held on January 23, 2026, the Court will not enter judgment at this time for those plaintiffs named as trusts. *See* Gov't's Mot. to Correct the J. at 1, ECF No. 247 (arguing that trusts "are not valid parties, cannot have accepted offers of judgment, cannot have judgments entered in their name, and cannot provide identification numbers for the Department of the Treasury to meet its statutory obligations under the Debt Collection Improvement Act").

As for the remaining accepting plaintiffs, the Court has determined pursuant to RCFC 54(b) that there is no just reason for delay and thus directs the Clerk to enter judgment in favor of the accepting plaintiffs in the total amount of $1,404,580, for just compensation and interest through September 30, 2025, plus additional interest of $199.90 per day from September 30, 2025, until the judgment is paid, to be distributed in accordance with the figures shown in the table below.

| Count[1] | Plaintiff(s)[2] | Offer Plus Interest to 9/30/2025 | Per Diem Interest |
|---|---|---|---|
| 1 | Otis L. & Beverly J. Schulte | $132,654 | $18.88 |
| 3 | Gary & Cathy Ridenhour | 52,069 | 7.41 |
| 4 | Andrew D. & Kelley M. Schneider | 29,166 | 4.15 |
| 5 | Ida Mae & Troy A. Shockley | 17,569 | 2.50 |
| 6 | Wilma G. James | 1,049 | 0.15 |
| 7 | Kenneth Gehlert for the Estate of Robert B. & Rita M. Gehlert | 16,256 | 2.31 |
| 8 | Brooke Pyrtle | 12,535 | 1.78 |
| 9 | Dennis & Jill Ridenhour | 12,741 | 1.81 |
| 11 | Marsha Chapman | 2,098 | 0.30 |
| 13 | Versailles Soccer League, Inc. | 4,870 | 0.69 |
| 15 | Kyle D. & Heidi M. Rayl | 1,199 | 0.17 |

---

[1] The numbers in this column correspond to the numbers in the "Count" column of the chart attached to the Government's Offer of Judgment. *See* ECF No. 233-2.

[2] Accepting plaintiffs are listed as named in the Fourth Amended Complaint, *see* ECF No. 122, with the exception of Dale A. & Mary K. McIntyre, whose last name was misspelled in the Fourth Amended Complaint. The parties confirmed the correct spelling of the McIntyres' name at the status conference held on January 23, 2026.

| | | | |
|---|---|---|---|
| 17 | Richard & Sandra J. Winistoerfer | 2,864 | 0.41 |
| 21 | Shaun & Kari Nieters | 12,182 | 1.73 |
| 23 | Judith E. Willimann | 20,174 | 2.87 |
| 27 | Bledsoe-Bulas VFW Post #6133 | 25,664 | 3.65 |
| 29 | Douglas & Nancy Helling | 5,041 | 0.72 |
| 30 | Dennis Wheeler | 10,349 | 1.47 |
| 31 | Franklin J. Huerner, Jr. & Linda Huerner | 8,551 | 1.22 |
| 32 | Dale A. & Mary K. McIntyre | 25,973 | 3.70 |
| 33 | Jerry & Linda Schofield | 13,555 | 1.93 |
| 34 | Travis Acquisitions LLC | 7,658 | 1.09 |
| 36 | Jerome Hagenhoff | 10,699 | 1.52 |
| 37 | Anita Bumgardner | 4,273 | 0.61 |
| 38 | Myron & Brenda Fischer | 5,203 | 0.74 |
| 41 | Roger L. Rinne | 11,186 | 1.59 |
| 42 | John W. Kempker | 14,545 | 2.07 |
| 44 | Harold Buddemeyer | 27,351 | 3.89 |
| 45 | Bernie G. Wright | 5,954 | 0.85 |
| 46 | Patricia Eads | 8,148 | 1.16 |
| 47 | Jerry & Melissa Balke | 44,967 | 6.40 |
| 48 | Ryan J. & Erica S. Libbert | 10,792 | 1.54 |
| 49 | Jerome & Cynthia Boda | 60,806 | 8.65 |
| 50 | Tom & R. Gaylene Hesse | 4,856 | 0.69 |
| 51 | Victor & Bonnie Evans | 8,701 | 1.24 |
| 53 | Ida Mae Shockley & Herbert Fitzgerald | 14,872 | 2.12 |
| 56 | Trevor L. & Emily C. Libbert | 13,966 | 1.99 |
| 60 | Kevin E. Brown | 13,124 | 1.87 |
| 65 | Michael L. & Celeste M. Koebel | 12,004 | 1.71 |
| 66 | Oligschlaeger Land and Cattle, LLC | 120,738 | 17.19 |
| 68 | Connie M. Goetze | 29,847 | 4.25 |
| 69 | Ronald J. Hilderbrand | 10,254 | 1.46 |
| 70 | Ellen Joann Mayor | 9,040 | 1.29 |
| 77 | MFA Exchange of Meta | 6,547 | 0.93 |
| 79 | Wesley J. & Kelly M. Kampeter | 28,726 | 4.09 |
| 81 | Russell B. & Carol J. Heck | 11,553 | 1.64 |
| 83 | Ernest Johnson | 4,530 | 0.64 |
| 84 | Teddy E. Christensen | 1,995 | 0.28 |
| 85 | Emma J. Shy | 1,857 | 0.26 |
| 86 | Suhor Industries, Inc. | 5,156 | 0.73 |
| 88 | Sharon J. Bible | 1,525 | 0.22 |

| 90 | GRC Holdings Corporation | 487,148 | 69.34 |
|:---:|:---:|:---:|:---:|
| **Totals** | | **$1,404,580** | **$199.90** |

**SO ORDERED**.

Dated: January 28, 2026                           */s/ Kathryn C. Davis*
KATHRYN C. DAVIS
Judge